**DISMISS and Opinion Filed May 27, 2021**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

_____

**No. 05-21-00347-CV**

_____

**IN THE INTEREST OF A.B.K., A CHILD**

**On Appeal from the 470th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 470-56492-2020**

## MEMORANDUM OPINION

Before Justices Osborne, Pedersen, III, and Nowell
Opinion by Justice Osborne

Before the Court is appellant's motion to dismiss this restricted appeal. We

grant the motion and dismiss the appeal.

210347f.p05

/Leslie Osborne//
LESLIE OSBORNE
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF A.B.K., A CHILD

No. 05-21-00347-CV

On Appeal from the 470th Judicial District Court, Collin County, Texas Trial Court Cause No. 470-56492-2020.
Opinion delivered by Justice Osborne. Justices Pedersen, III and Nowell participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee the Texas Department of Family and Protective Services recover its costs of this appeal from appellant James Edward Moya, Jr.

Judgment entered this 27th day of May, 2021.